275 So.2d 702

In re Danny ARMSTRONG

v.

STATE of Alabama.

In re Don FOWLER

v.

STATE of Alabama.

Ex parte Danny Armstrong.

Ex parte Don Fowler.

SC 245.

Supreme Court of Alabama.

April 5, 1973.

Roy D. McCord and J. A. Hornsby, Gadsden, for petitioners.

No brief from the State.

COLEMAN, Justice.

The petition for certiorari does not comply with Supreme Court Rule 39 and, therefore, is due to be and is denied.

In denying the writ, we do not intend to be understood as holding that defendants may not obtain relief by post conviction proceedings.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.